USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/15/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
**JAMES MURPHY**, *on behalf of himself and all other persons similarly situated*,

                               **Plaintiffs,**

            -against-

**REGAL CINEMAS, INC.,**

                               **Defendant.**
-----------------------------------------------------------x

**19-cv-9930 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court is in receipt of the Parties' Letters, ECF No. 37, 38, in response to the Court's June 24, 2020 Order, ECF No. 36. After careful consideration, the Court hereby **STAYS** this case, and any and all deadlines, pending resolution of the consolidated appeals in *Mendez v. AnnTaylor, Inc.*, No. 19-CV-10625, 2020 WL 1974211 (S.D.N.Y. Apr. 24, 2020), *appeal filed* (No. 20-1550). Defendant's pending motion to dismiss is **DENIED** without prejudice to refile the motion after the stay is lifted. The Parties should submit, in writing, a joint status report indicating how they would like to proceed within 14 days of the resolution of the consolidated appeals.

**SO ORDERED.**

**Dated:**    **July 15, 2020**
             **New York, New York**

                                                       _____
                                                         **HON. ANDREW L. CARTER, JR.**
                                                           **United States District Judge**